

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-22-00245-CV

Larry **CONN**, Laura Conn, and L-C Concrete, Inc. d/b/a Texas Concrete Construction Company,
Appellants

v.

Paul **BISHOP**, Individually and Derivatively on Behalf of Medina Valley Materials, LLC,
Medina Valley Holdings, LLC, Medina Valley Land, LLC, Medina Valley Equipment, LLC, and
Medina Valley Concrete Construction, LLC; and Jacob Bishop, Individually and Derivatively on
Behalf of Medina Valley Materials, LLC, Medina Valley Holdings, LLC, Medina Valley Land,
LLC, and Medina Valley Equipment, LLC,
Appellees

From the 289th Judicial District Court, Bexar County, Texas
Trial Court No. 2021CI02401
Honorable David A. Canales, Judge Presiding

BEFORE JUSTICE ALVAREZ, JUSTICE RODRIGUEZ, AND JUSTICE VALENZUELA

In accordance with this court's opinion of this date, we reinstate this appeal and dismiss it
with prejudice. We tax costs of court for this appeal against Appellants.

SIGNED May 10, 2023.

_____
Patricia O. Alvarez, Justice